[No. 9612-9-II.   Division Two.   July 20, 1987.]

*In the Matter of the Estate of* CARL PACE.

THE ESTATE OF CARL PACE, *Respondent,* v. CARL GIBSON,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-4-01518-0, Thomas R. Sauriol, J., entered
February 14, 1986. *Affirmed* by unpublished opinion per
Goodloe, J. Pro Tem., concurred in by Berschauer and
Wieland, JJ. Pro Tem.

[Nos. 18257-9-I; 18827-5-I.   Division One.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BOB YOUNG,
*Appellant.*

*In the Matter of the Personal Restraint of*
BOB YOUNG, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 80395, Frank J. Eberharter, J., entered June
24, 1986, together with a petition for relief from personal
restraint. Judgment *affirmed* and petition *dismissed* by
unpublished opinion per Coleman, J., concurred in by
Swanson and Webster, JJ.

[No. 17526-2-I.   Division One.   July 20, 1987.]

ABDELHADI ELHASSANI, *Appellant,* v. BELLEVUE SCHOOL
DISTRICT NO. 405, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-14934-3, Frank H. Roberts, Jr., J.,
entered November 19, 1985. *Reversed* by unpublished
opinion per Cole, J. Pro Tem., concurred in by Callow and
Pitt, JJ. Pro Tem.